FILED

2015 OCT 29 PM 2:55

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INFORMATION |
| ) | |
| Plaintiff, ) | |
| ) | 1:15 CR 0394 |
| v. ) | CASE NO. _____ |
| ) | Title 18, Section 641, United |
| KATHRYN PULLEY, AKA KATHRYN ) | States Code |
| KILPATRICK, AKA KATHRYN SALES ) | |
| ) | JUDGE ADAMS |
| Defendant. | |

Count 1

The United States Attorney charges:

From in or around June 2007, and continuing until in or around April 2015, in the Northern District of Ohio, Eastern Division, KATHRYN PULLEY, AKA KATHRYN KILPATRICK, AKA KATHRYN SALES, in a continuing course of conduct, willfully and knowingly did steal, purloin and convert to her own use, and without authority dispose of property of the United States exceeding $1,000.00 in value belonging to the United States Social Security Administration, an agency of the United States, to wit: Supplemental Security Income benefits, in the amount of approximately $58,033.00, in violation of Title 18, Section 641, United States Code.

STEVEN M. DETTELBACH
United States Attorney

By: _____
EDWARD F. FERAN
Unit Chief, Major and Cyber Crimes